The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:24-mc-00053-LK |
| Plaintiff, | (2:08-CR-00138-3) |
| v. | [PROPOSED] CONTINUING GARNISHMENT ORDER |
| THERESA R. HARDY aka THERESA ROMANCE CARTER-VINCENT, | |
| Defendant/Judgment Debtor, | |
| and | |
| INSPIRATIONAL WORKSHOPS, | |
| Garnishee. | |

A Writ of Continuing Garnishment, directed to Garnishee Inspirational Workshops, was duly issued and served upon the Garnishee in September 2024. ECF Nos. 3, 6. The Writ required Garnishee immediately to withhold and retain all property in which the Defendant/Judgment Debtor Theresa R. Hardy (Ms. Hardy) has a substantial nonexempt interest. ECF No. 3 at 2, ¶ 1. The Writ explained that the "nonexempt" amount of a person's wages is "typically 25 percent of disposable, *i.e.*, after-tax, earnings." *Id*. at 2, ¶ 2.

Pursuant to the Writ, Garnishee filed an Answer on January 26, 2026, stating that it employs Ms. Hardy, and pays her $4,230.77 bi-weekly gross wages. ECF No. 20 at 2. After

[PROPOSED] CONTINUING GARNISHMENT ORDER (*U.S. v. Theresa R. Hardy & Inspirational Workshops,* No. 2:24-mc-00053-LK/2:08-CR-00138-3) - 1

tax withholdings, Garnishee pays Ms. Hardy bi-weekly disposable earnings of $3,421.29.  *Id*. at 2-3.

On January 23, 2026, Ms. Hardy filed a "Motion to Reduce Debtor Wage Garnishment Percentage."  To resolve Ms. Hardy's Motion to Reduce, the United States and Ms. Hardy filed a Stipulation on February 26, 2026, stating their agreement to reduce the rate of this garnishment to five percent of disposable earnings from that date forward.  Stipulation to Reduce Garnishment Rate.  For the reasons stated in the parties' Stipulation, the Court finds that a reduction of the garnishment rate to five percent is appropriate and authorized under 28 U.S.C. § 3013.

IT IS THEREFORE ORDERED as follows:

The Garnishee, Inspirational Workshops, shall withhold from Ms. Hardy's wages and pay to the Clerk of this Court, five percent of Ms. Hardy's disposable (after-tax) earnings, upon each period when Ms. Hardy is entitled to receive such payment;

The Clerk of Court shall apply such payments to Ms. Hardy's judgment debt in *United States v. Hardy*, Case No. 2:08-cr-00138-3 (the Judgment Debt);

The Garnishee shall continue such withholdings and payments to the Clerk of Court until Ms. Hardy's Judgment Debt is paid in full, or until Ms. Hardy is no longer employed by the Garnishee, or until further order of this Court;

The Garnishee shall make these payments via check payable to "U.S. District Court Clerk," shall reference Case Nos. 2:08-cr-00138-3 and 2:24-mc-00053-LK on each check's memo line, and shall deliver personally, by private courier, or by First Clas Mail to:

U.S. District Court Clerk's Office
Attn: Finance Clerk
700 Stewart Street, Ste. 2310
Seattle, WA 98101

[PROPOSED] CONTINUING GARNISHMENT ORDER (*U.S. v. Theresa R. Hardy & Inspirational Workshops,* No. 2:24-mc-00053-LK/2:08-CR-00138-3) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

and,

This Order does not affect the Garnishee's responsibility to withhold and retain Ms. Hardy's nonexempt interest in property before February 26, 2026.  The judgment to be entered against the Garnishee under 28 U.S.C. § 3205(c)(6) shall be addressed in a separate order.

DATED this 26th day of February 2026.

_____
HON. LAUREN KING
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

s/ Theresa R. Hardy
THERESA R. HARDY, pro se
aka THERESA ROMANCE

[PROPOSED] CONTINUING GARNISHMENT ORDER (*U.S. v. Theresa R. Hardy & Inspirational Workshops,* No. 2:24-mc-00053-LK/2:08-CR-00138-3) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970